**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover          Date: June 22, 2011
Court Reporter:    Paul Zuckerman
Probation Officer: Justine Kozak

Criminal Action No. 09-cr-00208-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   Thomas O'Rourke

    Plaintiff,

v.

JEFFREY MARK ZAMORSKY,                      Peter Bornstein

    Defendant.

_____

### SENTENCING MINUTES
_____

**3:06 p.m.      Court in session**.

Defendant present in custody.

**Change of Plea Hearing on February 11, 2011.  Defendant pled guilty to Count 1 of the Superseding Indictment.**  The Court deferred acceptance of defendant's plea until today at Sentencing.

The Court addresses the Government's Motion to Dismiss Counts 2 through 12 and 14-64 of the Superseding Indictment (against this defendant) (**Doc. #184**).

**ORDER:**     The Government's Motion to Dismiss Counts 2 through 12 and 14-64 of the Superseding Indictment (against this defendant) **(Doc. #184)** is **GRANTED** and defendant's plea is accepted.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #187)**.  Argument.  Defendant has no objection.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #196)**. Argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:**   Government's Motion for Downward Departure (**Doc. #187**) is **GRANTED.**

**ORDER:**   Defendant's Motion for Non-Guideline Sentence **(Doc. #196)** is **GRANTED.**

**ORDER:**   **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**3:52 p.m.   Court in recess.**

Total Time:   46 minutes.
Hearing concluded.